Receipt # 11091959
6/21/11
$11.47

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office,
based on where the case is venued)*

Re: (Case Name) __Walker A. Rhodes__ /Case # __05-19395__
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ __11.47__. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant __NYS Elec & Gas__ Amount $ __4.34__ Claims Register # __3__

Claimant __Natl Fuel__ Amount $ __2.94__ Claims Register # __4__

Claimant __Natl Fuel__ Amount $ __4.19__ Claims Register # __4I__

Claimant _____ Amount $ _____ Claims Register # _____

Thos A. Dacey
Trustee Name


FILED JUN 2 1 2011 BANKRUPTCY COURT BUFFALO, N.Y.