1109230 8
8/26/11
$ 16.69

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office,
based on where the case is venued)*

Re: (Case Name) Wolfe A. Rhodes /Case # 05-19395
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ 16,69 . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant __Verizon__ Amount $ 9.81 Claims Register # _____

Claimant __Verison__ Amount $ 6.88 Claims Register # _____

Claimant _____ Amount $_____ Claims Register # _____

Claimant _____ Amount $_____ Claims Register # _____

Tot $16.69

_____
Trustee Name



FILED
AUG 2 6 2011
BANKRUPTCY COURT
BUFFALO, N.Y.